UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TAMMY G. BECKHAM,

    Plaintiff,

v.                                          Civil No. 05-2903

JO ANNE BARNHART,
Commissioner of Social Security

    Defendant.

## NOTICE OF ORDER FOR SENTENCE SIX REMAND

    Defendant moved the Court to remand this action to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) on January 25, 2006. The Court found that remand under sentence six of 42 U.S.C. § 405(g) was appropriate and GRANTED the Commissioner's motion on January 25, 2006. Accordingly, this case is remanded for further proceedings.

    SO ORDERED this tenth day of March, 2006.

                                                  /s/ Jon P. McCalla
                                                  Judge, United States District Court

                                                  Date: March 10, 2006